**Paul D. Polidoro, Esq.**
**WATCH TOWER BIBLE AND TRACT**
**SOCIETY OF PENNSYLVANIA**
**Legal Department**
**100 Watchtower Drive**
**Patterson, NY 12563**
**Telephone: 845-306-1000**
**Facsimile: 845-306-0709**
**Email: ppolidor@jw.org**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **In Re DMCA Subpoena to Google LLC (YouTube)** | **Case No. 7:19-mc-221**<br><br>**Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to Google LLC, Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringer** |

Plaintiff, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Google LLC. to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to Google LLC, the service provider of a YouTube account to which the infringing party using the name "JW Channel Theocratic Meetings" posted content at the URLs:

1

Watch Tower's Request To The Clerk For Issuance of DMCA Subpoena

https://www.youtube.com/watch?v=t-Q_90kupdc
https://www.youtube.com/watch?v=MDWflE9drVQ&t=2s

This content infringes copyrights held by Watch Tower. (*See* Declaration of Paul D. Polidoro dated April 26, 2019 (hereinafter "Polidoro Decl.").

Watch Tower has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Watch Tower has submitted a copy of a notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the Declaration of Paul D. Polidoro.

(2) Watch Tower has submitted the proposed DMCA Subpoena attached hereto as Exhibit A; and

(3) Watch Tower, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Watch Tower's rights under Title 17 U.S.C. §§ 100, et. seq.. *See* Polidoro Decl., ¶ 4.

Having complied with the statutory requirements, Watch Tower respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated: April 26, 2019

/s/ Paul D. Polidoro
Paul D. Polidoro
Associate General Counsel
SDNY Bar No. PP2509

WATCH TOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA
Legal Department
100 Watchtower Drive
Patterson, NY 12563
Telephone: 845-306-1000
Facsimile: 845-306-0709
Email: ppolidor@jw.org
Attorney for Plaintiff