**EXHIBIT "1"**

| **From:** | InboxLGLIPG |
| --- | --- |
| **Sent:** | Monday, March 18, 2019 5:05 PM |
| **To:** | copyright@youtube.com (Copyright@YouTube.com) |
| **Subject:** | 1st Notice of Infringement by YouTube Channel: JW CHANNEL THEOCRATIC MEETINGS |
| **Categories:** | Filed |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Channel Name:** JW CHANNEL THEOCRATIC MEETINGS

**Description of allegedly infringed work:** My company, organization, or client's video (not from YouTube)

| Title of Infringing Work | Link to Unlawful Display on YouTube | Link to Lawful Display on Watch Tower's Site |
| --- | --- | --- |
| JW BROADCASTING MARZO 2019 //ESPAÑOL | **https://www.youtube.com/watch?v=t-Q_90kupdc** | **https://tv.jw.org/#es/mediaitems/StudioFeatured/pub-jwb_201903_1_VIDEO** |
| JW BROADCASTING MARCH 2019 │ENGLISH | **https://www.youtube.com/watch?v=MDWflE9drVQ&t=2s** | **https://tv.jw.org/#en/mediaitems/StudioFeatured/pub-jwb_201903_1_VIDEO** |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

 Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  100 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  100 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLCopyright@jw.org
**Telephone:**  845-306-1000